Brian S. Kabateck, Esq. SBN 152054
(bsk@kbklawyers.com)
Richard L. Kellner, Esq. SBN 171416
(rlk@kbklawyers.com)
Joshua H. Haffner, Esq. SBN 188652
(jhh@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

JS-6

Attorneys for Defendant and Counterclaimant
Commonwealth International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, SUBSCRIBING TO POLICY NO. FINFR1001771,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMMONWEALTH INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. CV 12-00824 ODW (JCx)<br><br>**[PROPOSED] ORDER RE: DISMISSING OF FIRST AMENDED COMPLAINT AND COUNTERCLAIM, WITHOUT PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation] |
| COMMONWEALTH INTERNATIONAL, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, SUBSCRIBING TO POLICY NO. FINFR1001771; and DOES 1 through 10, inclusive,<br><br>　　　　Counterdefendant. | |

— 1 —

**[PROPOSED] ORDER RE: DISMISSAL OF FIRST AMENDED COMPLAINT AND COUNTERCLAIM, WITHOUT PREJUDICE**

# [PROPOSED] ORDER

The Court, having considered the parties' Joint Stipulation, IT IS HEREBY ORDERED THAT:

The First Amended Complaint and the Counterclaim are dismissed without prejudice.

IT IS SO ORDERED.

Dated: 8-2-12

_____
HONORABLE OTIS D. WRIGHT II
United States District Court Judge